ENTERED ON DOCKET
9/10/99 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** (Rural Development)  Plaintiff  vs.  **MARIA MERCEDES MOYA DIAZ**  Defendant | CIVIL CASE 97-2489 (PG) |

RECEIVED & FILED 99 SEP 10 AM 8:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## JUDGMENT

The Court, through the Honorable Juan M. Pérez-Giménez, has entered an order granting the motion to dismiss filed by plaintiff. WHEREFORE, it is hereby

ORDERED and ADJUDGED that this case be and it is hereby DISMISSED, without prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of September 1999.

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk

(1)

AO 72A
(Rev. 8/82)